

**Dallas County Hospital Dist.**
5200 Harry Hines Boulevard
Dallas, TX  75235

| | |
|---|---|
| Pay Group: | FT Fulltime Pay Group |
| Pay Begin Date: | 03/11/2020 |
| Pay End Date: | 03/24/2020 |

| | |
|---|---|
| Business Unit: | 00001 |
| Advice #: | 000000005792349 |
| Advice Date: | 03/31/2020 |

**Patrek Chase**
2122 Langdon Ave.
Dallas, TX  75235

| | |
|---|---|
| Employee ID: | 95951 |
| Department: | 71050-Transplant Services |
| Location: | Ron J. Anderson Clinic Buildin |
| Job Title: | Director of Programs |
| Pay Rate: | $69.720000 Hourly |

| TAX DATA: | Federal | TX State |
|---|---|---|
| Marital Status: | Single | N/A |
| Allowances: | 0 | 0 |
| Addl. Percent: | | |
| Addl. Amount: | | |

## HOURS AND EARNINGS

| | | Current | | YTD | |
|---|---|---|---|---|---|
| **Description** | **Rate** | **Hours** | **Earnings** | **Hours** | **Earnings** |
| Regular | 69.720000 | 80.00 | 5,577.60 | 512.00 | 35,696.64 |
| Holiday | | | 0.00 | 24.00 | 1,673.28 |
| Paid Time Off | | | 0.00 | 24.00 | 1,673.28 |
| Relocation | | | 0.00 | | 14,857.84 |
| **TOTAL:** | | **80.00** | **5,577.60** | **560.00** | **53,901.04** |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 972.59 | 10,077.08 |
| Fed MED/EE | 74.63 | 737.25 |
| **TOTAL:** | **1,047.22** | **10,814.33** |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Parkland Employees Health Plan | 72.44 | 507.08 |
| PPO Dental | 15.37 | 107.59 |
| Vision | 3.51 | 24.57 |
| Retirement Plan - FT | 345.81 | 2,420.67 |
| Health Care Reimbursement | 0.00 | 10.00 |
| **TOTAL:** | **437.13** | **3,069.91** |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Supplemental Life Insurance | 3.35 | 23.45 |
| Legal Protection Program | 8.42 | 58.94 |
| Pet Insurance | 61.33 | 429.27 |
| **TOTAL:** | **73.10** | **511.66** |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Parkland Employees Health Plan | 269.46 | 1,886.22 |
| Basic Life Insurance(Er Paid) | 5.93 | 11.86 |
| Basic Life Insurance(Er Paid)* | 6.96 | 13.92 |

*TAXABLE

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 5,577.60 | 5,147.43 | 1,047.22 | 510.23 | 4,020.15 |
| YTD | 53,901.04 | 50,845.05 | 10,814.33 | 3,581.57 | 39,505.14 |

| YEAR-TO-DATE | PAID TIME OFF | SICK LEAVE |
|---|---|---|
| Start Balance | 18.5 | 0.0 |
| + Earned | 32.3 | 0.0 |
| + Bought | 0.0 | 0.0 |
| - Taken | 24.0 | 0.0 |
| - Sold | 0.0 | 0.0 |
| + Adjustments | 18.8 | 0.0 |
| **End Balance** | **45.6** | **0.0** |

## NET PAY DISTRIBUTION

| | **Account Type** | **Account Number** | **Deposit Amount** |
|---|---|---|---|
| Advice #000000005792349 | Checking | | 4,020.15 |
| **TOTAL:** | | | **4,020.15** |

**MESSAGE:**



**Dallas County Hospital Dist.**
5200 Harry Hines Boulevard
Dallas, TX  75235

| Pay Group: | FT Fulltime Pay Group | Business Unit: | 00001 |
|---|---|---|---|
| Pay Begin Date: | 02/26/2020 | Advice #: | 000000005779595 |
| Pay End Date: | 03/10/2020 | Advice Date: | 03/17/2020 |

**Patrek Chase**
2122 Langdon Ave.
Dallas, TX  75235

| Employee ID: | 95951 |
|---|---|
| Department: | 71050-Transplant Services |
| Location: | Ron J. Anderson Clinic Buildin |
| Job Title: | Director of Programs |
| Pay Rate: | $69.720000 Hourly |

| TAX DATA: | Federal | TX State |
|---|---|---|
| Marital Status: | Single | N/A |
| Allowances: | 0 | 0 |
| Addl. Percent: | | |
| Addl. Amount: | | |

## HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Paid Time Off | 69.720000 | 24.00 | 1,673.28 | 24.00 | 1,673.28 |
| Regular | 69.720000 | 56.00 | 3,904.32 | 432.00 | 30,119.04 |
| Holiday | | | 0.00 | 24.00 | 1,673.28 |
| Relocation | | | 0.00 | | 14,857.84 |
| **TOTAL:** | | **80.00** | **5,577.60** | **480.00** | **48,323.44** |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 972.59 | 9,104.49 |
| Fed MED/EE | 74.64 | 662.62 |
| **TOTAL:** | **1,047.23** | **9,767.11** |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Parkland Employees Health Plan | 72.44 | 434.64 |
| PPO Dental | 15.37 | 92.22 |
| Vision | 3.51 | 21.06 |
| Retirement Plan - FT | 345.81 | 2,074.86 |
| Health Care Reimbursement | 0.00 | 10.00 |
| **TOTAL:** | **437.13** | **2,632.78** |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Supplemental Life Insurance | 3.35 | 20.10 |
| Legal Protection Program | 8.42 | 50.52 |
| Pet Insurance | 61.33 | 367.94 |
| **TOTAL:** | **73.10** | **438.56** |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Parkland Employees Health Plan | 269.46 | 1,616.76 |
| Basic Life Insurance(Er Paid) | 5.93 | 5.93 |
| Basic Life Insurance(Er Paid)* | 6.96 | 6.96 |

*TAXABLE

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 5,577.60 | 5,147.43 | 1,047.23 | 510.23 | 4,020.14 |
| YTD | 48,323.44 | 45,697.62 | 9,767.11 | 3,071.34 | 35,484.99 |

| YEAR-TO-DATE | PAID TIME OFF | SICK LEAVE |
|---|---|---|
| Start Balance | 18.5 | 0.0 |
| + Earned | 26.2 | 0.0 |
| + Bought | 0.0 | 0.0 |
| - Taken | 24.0 | 0.0 |
| - Sold | 0.0 | 0.0 |
| + Adjustments | 18.8 | 0.0 |
| **End Balance** | **39.4** | **0.0** |

### NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000005779595 | Checking | | 4,020.14 |
| **TOTAL:** | | | **4,020.14** |

**MESSAGE:**



**Dallas County Hospital Dist.**
5200 Harry Hines Boulevard
Dallas, TX  75235

| | |
|---|---|
| Pay Group: | FT Fulltime Pay Group |
| Pay Begin Date: | 02/12/2020 |
| Pay End Date: | 02/25/2020 |

| | |
|---|---|
| Business Unit: | 00001 |
| Advice #: | 000000005766861 |
| Advice Date: | 03/03/2020 |

**Patrek Chase**
2122 Langdon Ave.
Dallas, TX  75235

| | |
|---|---|
| Employee ID: | 95951 |
| Department: | 71050-Transplant Services |
| Location: | Ron J. Anderson Clinic Buildin |
| Job Title: | Director of Programs |
| Pay Rate: | $69.720000 Hourly |

| TAX DATA: | Federal | TX State |
|---|---:|---:|
| Marital Status: | Single | N/A |
| Allowances: | 0 | 0 |
| Addl. Percent: | | |
| Addl. Amount: | | |

## HOURS AND EARNINGS

| | | Current | | YTD | |
|---|---:|---:|---:|---:|---:|
| **Description** | **Rate** | **Hours** | **Earnings** | **Hours** | **Earnings** |
| Regular | 69.720000 | 80.00 | 5,577.60 | 376.00 | 26,214.72 |
| Holiday | | | 0.00 | 24.00 | 1,673.28 |
| Relocation | | | 0.00 | | 14,857.84 |
| **TOTAL:** | | **80.00** | **5,577.60** | **400.00** | **42,745.84** |

## TAXES

| Description | Current | YTD |
|---|---:|---:|
| Fed Withholdng | 970.92 | 8,131.90 |
| Fed MED/EE | 74.54 | 587.98 |
| **TOTAL:** | **1,045.46** | **8,719.88** |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---:|---:|
| Parkland Employees Health Plan | 72.44 | 362.20 |
| PPO Dental | 15.37 | 76.85 |
| Vision | 3.51 | 17.55 |
| Retirement Plan - FT | 345.81 | 1,729.05 |
| Health Care Reimbursement | 0.00 | 10.00 |
| **TOTAL:** | **437.13** | **2,195.65** |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---:|---:|
| Supplemental Life Insurance | 3.35 | 16.75 |
| Legal Protection Program | 8.42 | 42.10 |
| Pet Insurance | 61.33 | 306.61 |
| **TOTAL:** | **73.10** | **365.46** |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---:|---:|
| Parkland Employees Health Plan | 269.46 | 1,347.30 |
| *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---:|---:|---:|---:|---:|
| Current | 5,577.60 | 5,140.47 | 1,045.46 | 510.23 | 4,021.91 |
| YTD | 42,745.84 | 40,550.19 | 8,719.88 | 2,561.11 | 31,464.85 |

| YEAR-TO-DATE | PAID TIME OFF | SICK LEAVE |
|---|---:|---:|
| Start Balance | 18.5 | 0.0 |
| + Earned | 20.0 | 0.0 |
| + Bought | 0.0 | 0.0 |
| - Taken | 0.0 | 0.0 |
| - Sold | 0.0 | 0.0 |
| + Adjustments | 18.8 | 0.0 |
| **End Balance** | **57.3** | **0.0** |

### NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---:|
| Advice #000000005766861 | Checking | | 4,021.91 |
| **TOTAL:** | | | **4,021.91** |

**MESSAGE:**



| | | |
|---|---|---|
| **Dallas County Hospital Dist.**<br>5200 Harry Hines Boulevard<br>Dallas, TX  75235 | Pay Group:  FT Full-inst Pay Group<br>Pay Begin Date: 01/29/2020<br>Pay End Date: 02/11/2020 | Business Unit: 00001<br>Advice #: 000000005753366<br>Advice Date: 02/18/2020 |

| | | | |
|---|---|---|---|
| **Patrek Chase**<br>2122 Langdon Ave.<br>Dallas, TX  75235 | Employee ID: 95951<br>Department: 71050-Transplant Services<br>Location: Ron J. Anderson Clinic Buildin<br>Job Title: Director of Programs<br>Pay Rate: $69.720000 Hourly | | **TAX DATA:**  **Federal**  **TX State**<br>Marital Status: Single  N/A<br>Allowances: 0  0<br>Addl. Percent:<br>Addl. Amount: |

### HOURS AND EARNINGS / TAXES

| | | Current | | YTD | | | | |
|---|---|---|---|---|---|---|---|---|
| **Description** | **Rate** | **Hours** | **Earnings** | **Hours** | **Earnings** | **Description** | **Current** | **YTD** |
| Regular | 69.720000 | 80.00 | 5,577.60 | 296.00 | 20,637.12 | Fed Withholdng | 970.92 | 7,160.98 |
| Holiday | | | 0.00 | 24.00 | 1,673.28 | Fed MED/EE | 74.54 | 513.44 |
| Relocation | | | 0.00 | | 14,857.84 | | | |
| **TOTAL:** | | **80.00** | **5,577.60** | **320.00** | **37,168.24** | **TOTAL:** | **1,045.46** | **7,674.42** |

### BEFORE-TAX DEDUCTIONS / AFTER-TAX DEDUCTIONS / EMPLOYER PAID BENEFITS

| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| Parkland Employees Health Plan | 72.44 | 289.76 | Supplemental Life Insurance | 3.35 | 13.40 | Parkland Employees Health Plan | 269.46 | 1,077.84 |
| PPO Dental | 15.37 | 61.48 | Legal Protection Program | 8.42 | 33.68 | | | |
| Vision | 3.51 | 14.04 | Pet Insurance | 61.32 | 245.28 | | | |
| Retirement Plan - FT | 345.81 | 1,383.24 | | | | | | |
| Health Care Reimbursement | 0.00 | 10.00 | | | | | | |
| **TOTAL:** | **437.13** | **1,758.52** | **TOTAL:** | **73.09** | **292.36** | *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 5,577.60 | 5,140.47 | 1,045.46 | 510.22 | 4,021.92 |
| YTD | 37,168.24 | 35,409.72 | 7,674.42 | 2,050.88 | 27,442.94 |

| YEAR-TO-DATE | PAID TIME OFF | SICK LEAVE | | NET PAY DISTRIBUTION | | |
|---|---|---|---|---|---|---|
| Start Balance | 18.5 | 0.0 | | **Account Type** | **Account Number** | **Deposit Amount** |
| + Earned | 13.9 | 0.0 | Advice #000000005753366 | Checking | | 4,021.92 |
| + Bought | 0.0 | 0.0 | | | | |
| - Taken | 0.0 | 0.0 | | | | |
| - Sold | 0.0 | 0.0 | | | | |
| + Adjustments | 0.0 | 0.0 | | | | |
| **End Balance** | **32.4** | **0.0** | **TOTAL:** | | | **4,021.92** |

**MESSAGE:**